IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADEILSON SANTANA DA CRUZ,<br><br>*Petitioner*,<br><br>v.<br><br>DAVID O'NEILL, in his official capacity as Acting Field Office Director, Enforcement and Removal Operations, Philadelphia Field Office, U.S. Immigration and Custom Enforcement, *et al*,<br><br>*Respondents*. | Civil Action No.  25-6286 |

## ORDER

**AND NOW**, this __19th__ day of November 2025, it is **ORDERED** that the parties' stipulated briefing schedule is **APPROVED**. It is thus **ORDERED** that:

1. Respondents shall file their response to Petitioner's habeas petition (ECF No. 1), and order to show cause (ECF No. 1-3) by **November 24, 2025**; and,

2. The Court will decide Petitioner's submissions on the papers.

BY THE COURT:

/s/ Joel H. Slomsky
HONORABLE JOEL H. SLOMSKY